## (February 26, 1937.)

RITA C. CORBETT, Respondent, v. FRANK A. TICHENOR, SR., and FRANK A. TICHENOR, JR., Appellants. JOHN M. CORBETT, Respondent, v. FRANK A. TICHENOR, SR., and FRANK A. TICHENOR, JR., Appellants.— Action by the wife for personal injuries sustained in an automobile accident, and action by the husband for loss of his wife's services. Judgment for plaintiffs unanimously affirmed, with

costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.